UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
URMILA DEVI LALLU,                                :

                                                     :   <u>ORDER</u>
                    Plaintiff,                       18 Civ. 420 (GWG)
                                                     :

   -v.-
                                                         :

ACTING COMMISSIONER NANCY A.
BERRYHILL,                                        :

                  Defendant.         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties are directed to file a letter on or before November 20, 2020, that gives their views on whether the application appearing as Docket # 26 can be adjudicated at this time in the absence of any request to the agency for fees filed by counsel at the administrative level.

      SO ORDERED.

Dated: New York, New York
       November 6, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge