UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMORANDUM ENDORSED

**URMILA DEVI LALLU,**

     **Plaintiff,**     1:18-CV-00420-RA

**v.**

AMENDED MOTION FOR
ATTORNEY'S FEES
PURSUANT TO
SOCIAL SECURITY ACT
SECTION 206(b)(1)

**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

---

  **PLEASE TAKE NOTICE** that Plaintiff, Urmila Devi Lallu, by her attorney, will move and hereby does move this Court for Attorney Fees pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) and for such other and further relief as this Court may deem just and proper. This motion is based upon all pleadings filed to date and is supported by Plaintiff's Petition for Attorney Fees pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) and attached Exhibits filed with this Court on January 6, 2022.

  **PLEASE TAKE FURTHER NOTICE** that this motion shall be considered submitted to the Hon. Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, on a date to be established by the court.

Dated January 6, 2022.

               Respectfully submitted,

               */s/ Howard D. Olinsky*
               Howard D. Olinsky, Esq.
               Counsel for Plaintiff

Olinsky Law Group  
250 South Clinton St., Suite 210  
Syracuse, NY 13202  
Telephone: 315-701-5780  
Facsimile: 315-701-5781  
Email: fedct@windisability.com

No opposition has been filed to this motion and the Court finds the requested fee to be reasonable.  See Blizzard v. Astrue, 496 F. Supp. 2d 320 (S.D.N.Y. 2007).  Accordingly, the Court authorizes an attorney fee award of $4,849.09 under 42 U.S.C. sec. 406(b).  Upon receipt of payment, plaintiff's counsel shall refund $4,489.15 to plaintiff.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge

February 9, 2022